# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

**TODD A. ROBERTSON,**                                           3:10-CV-01110-BR

**JUDGMENT**
                    **Plaintiff,**                              **OF DISMISSAL**

            **v.**

**WELLS FARGO HOME MORTGAGE,**

                    **Defendant.**

Based upon the Court's Opinion and Order [52] filed October 28, 2011, the Court **DISMISSES with prejudice** all of Plaintiff's claims including any potential MERS claim as set out in the Court's Opinion and Order [52].

Dated this 4th day of January 2012.

_____
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL