IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TODD A. ROBERTSON, | 3:10-CV-01110-BR |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| WELLS FARGO HOME MORTGAGE, | |
| Defendant. | |

Based upon the Court's Opinion and Order [52] filed October 28, 2011, the Court **DISMISSES with prejudice** all of Plaintiff's claims including any potential MERS claim as set out in the Court's Opinion and Order [52].

Dated this 4th day of January 2012.

_____
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL